**UNITED STATES of America,**
**Appellee,**

v.

**Anthony D. ROSE, Appellant.**

No. 01–2756.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2001.

Filed Oct. 5, 2001.

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Anthony Rose pleaded guilty to a charge of being a felon in possession of a firearm, after officers responding to a report of a disturbance found a handgun on his person. The district court[1] denied Rose's motion to suppress the handgun underlying the charge, and he appeals. Having reviewed the district court's legal conclusions de novo, and its findings of historical fact for clear error, *see United States v. Davis,* 202 F.3d 1060, 1061 (8th Cir.), *cert. denied,* 531 U.S. 883, 121 S.Ct. 199, 148 L.Ed.2d 139 (2000), we affirm.

Police officers stopped and frisked Rose while responding to a report of a disturbance involving an individual who they believed was armed—based on information they had received from the complainant and the police dispatcher—and who

1. The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the HONORABLE ROBERT E. LARSEN, United States Magistrate Judge for the Western District of Missouri.

matched Rose's description. The stop occurred in an area known for drug activity and previous calls involving armed individuals. Under the totality of these circumstances, the officers had reasonable suspicion for the initial stop and reasonable cause to believe Rose was armed and could pose a danger to them. *See United States v. Johnson,* 64 F.3d 1120, 1124 (8th Cir. 1995) (reasonable suspicion for stop where defendants matched anonymous caller's description and behaved suspiciously), *cert. denied,* 516 U.S. 1139, 116 S.Ct. 971, 133 L.Ed.2d 891 (1996); *Davis,* 202 F.3d at 1063 (pat-down search upheld where officer reasonably believed suspect might be armed).

Accordingly, we affirm.